## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No.  '24 MJ1291 VET |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>COMPLAINT FOR VIOLATION OF:</u> |
| | ) | Title 8, USC 1326 Deported Alien Found |
| | ) | In The United States |
| | ) | |
| | ) | |
| Bernardo ESCOBAR Chavez, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

On or about April 1, 2024, within the Southern District of California, defendant, Bernardo ESCOBAR-Chavez, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

James T. Burns

Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON APRIL 2, 2024.

HON. VALERIE E. TORRES

United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Bernardo ESCOBAR CHAVEZ

## PROBABLE CAUSE STATEMENT

On April 1, 2024, Border Patrol Agent J. Ewers of the Brown Field Border Patrol Station, was performing his assigned patrol duties while wearing my full United States Border Patrol rough duty uniform. At approximately 6:00 a.m., Agent Ewers responded to the activation of a digital imaging device (DID) located in an area known to Border Patrol Agents as "49 Meadow." 49 Meadow is located approximately six and one quarter miles north of the United States-Mexico International Border and approximately four and three quarter miles east of the Otay Mesa, California, Port of Entry.

Agent Ewers responded to the area and immediately discovered fresh shoe prints walking north on the trail. He began following the shoe prints in a northern direction and observed four subjects several hundred yards ahead. He continued to follow the subjects and eventually came upon three of the subjects laying down on the ground. At this time BPA M. Gobel, assigned to the Small Unmanned Aircraft Systems unit, advised that he currently had visual of the fourth subject entering the creek below Agent Ewers. BPA Gobel directed other agents in on the subject and he was taken into custody. Agents secured the fourth subject with the other three. Agent Ewers identified himself as a United States Border Patrol Agent in the Spanish language to the subjects. Agent Ewers then performed an immigration inspection on all the subjects. All subjects, including one later identified as Bernardo ESCOBAR Chavez, stated they are citizens of Mexico, without any immigration documents allowing them to enter or remain in the United States legally.

At approximately 6:33 a.m., Agent Ewers placed the four subjects, including ESCOBAR Chavez, under arrest for being present in the United States illegally and arranged for them to be transported to the Brown Field Border Patrol Station for further disposition and processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on January 18, 2024, through San Ysidro, Ca. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.